# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FT. MYERS DIVISION

**NUCITA VENEZOLANA, C.A.,** a
**Venezuelan corporation,**

        **Plaintiff,**

-vs-                                         **Case No. 2:04-cv-506-FtM-29DNF**

**NUCIWAFER USA COMPANY,** a
**Mississippi corporation, CARLOS PEREZ,**
**an individual,**

        **Defendants.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

On September 21, 2005, the Court entered an Order to Show Cause (Doc. 20) which required the Plaintiff, Nucita Venezolana, C.A. to show within thirty (30) days good cause "why this action should not be dismissed for failure to obtain counsel and failure to comply with this Court's Order (Doc. 19) dated August 16, 2005." The Plaintiff failed to respond to the Order to Show Cause.

On August 16, 2005, an Order (Doc. 19) was entered which required the Plaintiff to retain counsel[1] and have counsel file a notice of appearance within thirty (30) days from the date of the Order. The Plaintiff was warned that failure to comply may cause the Court to sanction the Plaintiff which could include dismissing this action. No response was filed to that Order. The Court then entered the Order to Show Cause (Doc. 20) again warning the Plaintiff that failure to obtain counsel,

---

[1] Local Rule 2.03(d) requires a corporation to retain counsel to be heard in a case.

and show good cause for its failure to comply with the previous Order would cause the Court to recommend that this action be dismissed for failure to comply with Local Rule 3.10(a). No response was filed to the Order to Show Cause. Local Rule 3.10(a) provides as follows, "[w]henever it appears that any case is not being diligently prosecuted the Court may, on motion of any party or on its own motion, enter an order to show cause why the case should not be dismissed, and if no satisfactory cause is shown, the case may be dismissed by the Court for want of prosecution." The Court determines that the Plaintiff has failed to prosecute this action. Therefore, it is respectfully recommended that this action be dismissed for want of prosecution.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Respectfully recommended in Chambers in Ft. Myers, Florida this  31st       day of October, 2005.

_____
DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies:

All Parties of Record